1022

THE STATE OF WASHINGTON, *Respondent,* v. STEVIE
BEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00519–0, Richard M. Ishikawa, J.,
entered January 25, 1980. *Dismissed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Callow, J.

RAY H. FENNER, ET AL, *Appellants,* v. PHILIP
G. LINDSAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 837770, Warren Chan, J., entered July 16,
1979. *Affirmed* by unpublished opinion per Durham, J.,
concurred in by James, C.J., and Ringold, J.

DOWELL COMPANY, *Respondent,* v. CLIFF GAGNON,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86421, David C. Hunter, J., entered November
2, 1979. *Reversed* and *remanded* by unpublished opinion
per Ringold, A.C.J., concurred in by Callow and Durham,
JJ.